United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 28, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-41732
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

GRACIELA BARBOSA-CANTU,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:05-CR-594
--------------------

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

     Graciela Barbosa-Cantu (Barbosa) appeals her conviction and

68-month sentence for illegal reentry following deportation.  She

argues that the "felony" and "aggravated felony" provisions of

8 U.S.C. § 1326(b)(1) and (2) are unconstitutional in light of

Apprendi v. New Jersey, 530 U.S. 466 (2000).  Barbosa contends

that her plea agreement, which contained a waiver-of-appeal

provision, does not bar this appeal because she is challenging

the constitutionality of the statute of conviction and her

sentence is in excess of the statutory maximum.  The Government

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

seeks to enforce the appeal waiver.  We assume, _arguendo_ only, that the waiver does not bar the instant appeal.

Barbosa's constitutional challenge is foreclosed by _Almendarez-Torres v. United States_, 523 U.S. 224, 235 (1998). Although Barbosa contends that _Almendarez-Torres_ was incorrectly decided and that a majority of the Supreme Court would overrule _Almendarez-Torres_ in light of _Apprendi_, we have repeatedly rejected such arguments on the basis that _Almendarez-Torres_ remains binding.  _See_ _United States v. Garza-Lopez_, 410 F.3d 268, 276 (5th Cir.), _cert. denied_, 126 S. Ct. 298 (2005).  Barbosa properly concedes that her argument is foreclosed in light of _Almendarez-Torres_ and circuit precedent, but she raises it here to preserve it for further review.  Because Barbosa has shown no error in the judgment of the district court, that judgment is AFFIRMED.